UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA G.[1],<br><br>             Plaintiff<br><br>             v.<br><br>LELAND DUDEK[2], Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 23-8518-WDK (ADS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Summary Judgment on Remand (Dkt. No. 10), Defendant's Brief (Dkt. No. 12), Plaintiff's Reply Brief (Dkt. No. 13), and the Report and Recommendation of United State Magistrate Judge ("Report"; Dkt. No. 16). No objections were filed, and the time to do so has passed.

      Although the Court accepts the Magistrate Judge's findings and

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek was appointed Acting Commissioner of the Social Security Administration on February 19, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as Defendant in this suit. *See Cervantez v. Dudek*, No. 1:23-CV-00185-SKO, 2025 WL 621680, at *3 n.1 (E.D. Cal. Feb. 26, 2025).

recommendation that the Administrative Law Judge ("ALJ") did not err in discounting Plaintiff's subjective mental-health testimony (see Report at part IV.C; Dkt. 16 at 8-12), nothing in that determination shall preclude the ALJ from soliciting and evaluating additional testimony, if needed, in the open-record remand (Report at part IV.E; Dkt. 16 at 19-20), and in furtherance of re-evaluating Plaintiff's residual functional capacity as recommended in the Report (Report at part IV.D; Dkt. 16 at 12-19). With that understanding of the open-record remand, the Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report (Dkt. No. 16) is ACCEPTED;
2. The Commissioner's denial of benefits is REVERSED, and the matter is REMANDED for further proceedings;
3. The case is DISMISSED with prejudice; and
4. Judgment is to be entered accordingly.

IT IS SO ORDERED.

Dated: March 27, 2025

WILLIAM D. KELLER
United States District Judge