JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDRA G.,

          Plaintiff

     v.

LELAND DUDEK, Acting
Commissioner of Social Security,

        Defendant.

Case No. CV 23-8518-WDK (ADS)

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED the decision of the Commissioner of Social Security is **REVERSED** and **REMANDED** for further proceedings, and this action is **DISMISSED** with prejudice.

    IT IS SO ORDERED.

Dated: March 27, 2025

WILLIAM D. KELLER
United States District Judge