JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
10808 Foothill Blvd
Suite 160, #520
Rancho Cucamonga, CA 91730
P:215-464-7200
F: 215-464-7224
Email: fdc@ssihelp.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

SANDRA GONZALES,

    Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

Case # 2:23-cv-08518-ADS

**ORDER**

## ORDER

AND NOW, this __12th__ day of ____June____, 2025, having considered the unopposed motion for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $9,784.80 and costs in the amount of $402.00.

BY THE COURT:

    /s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
U.S. Magistrate Judge